IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SOTO,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>R. K. WONG, Warden,<br><br>　　　　　Respondent(s). | No. C 09-5787 CRB (PR)<br><br>ORDER OF DISMISSAL<br><br>(Docket # 2) |

  Petitioner, a prisoner at San Quentin State Prison, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging a February 3, 2009 conviction from the Superior Court of the State of California in and for the County of Sonoma.

  Petitioner has filed several petitions for a writ of habeas corpus in the state courts. They have all been denied; however, his direct appeal is still pending in the California Court of Appeal.

  Petitioner must exhaust state judicial remedies as to all claims before turning to the federal courts for habeas review. 28 U.S.C. § 2254(b),(c). This requirement is not satisfied if there is a pending post-conviction proceeding in state court. See Sherwood v. Tomkins, 716 F.2d 632, 634 (9th Cir. 1983). A would-be federal habeas petitioner must await the outcome of all pending state post-conviction proceedings before his state remedies are exhausted. See id. Even if the federal constitutional question raised by the petitioner cannot be resolved in the pending state proceeding, that proceeding may result

in the reversal of the petitioner's conviction on some other ground, thereby mooting the federal question. See id. (citations omitted). Petitioner must wait until his pending direct appeal is resolved and exhausted in the state courts before seeking habeas relief in federal court. There are no extraordinary circumstances in this matter compelling a different conclusion.

Accordingly, the petition for a writ of habeas corpus is DISMISSED without prejudice to refiling a new petition after all pending state post-conviction proceedings are completed. Based solely on his financial status, petitioner's request to proceed in forma pauperis (docket # 2) is granted.

The clerk shall enter judgement in accordance with this order and close the file.

SO ORDERED.

DATED:   Dec. 14, 2009

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.09\Soto, W1.dismissal.wpd

2